# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158649

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CBC JOINT VENTURE,
      Plaintiff-Appellant,

v

SC: 158649
COA: 337750
Oakland CC: 2015-149783-CZ

THE CITY OF THE VILLAGE OF
CLARKSTON,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the September 25, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2019



Clerk

d0612